# EXHIBIT B
## REDACTED VERSION



**Left screenshot:**

4:24

< Papa Chat United

FEB 14, 10:15 AM

Kylee
Hello Melissa. This is the team. 💕 we just wanted to talk with you a little.

Melissa
Ok 🙂

Jennifer
Good Morning. Geri is still asleep we will wait on her before we start asking questions is that ok.

Melissa
Sure.. I feel like a child waiting to go into the principals office 😅 🙂

Jennifer
Lmao nah we just dont like to scroll to catch up lol 😂

Kylee
Don't! We are very intrigued with your story and just have an idea but want to make sure Geri is okay with it.

Melissa
Haha ok..

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screenshot:**

4:24

< Papa Chat United

Geraldine
Hi all

Hi @Melissa Sorenson

Thank you for reaching out~

FEB 14, 12:07 PM

Melissa
Hi..

Geraldine
🙂

Geraldine
I appreciate your time -

I'm
Sorry you had to get wrapped up in paparazzi- however I would love to chat with you

And thank you for following me

That's nice of you:)

Melissa
I appreciate you standing up to everyone no matter how intimidating..

Your strength C    others strength and hope

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

Your strength Gives others strength and hope

Geraldine

Do you know other ex employees ?

I would be interested in trying to help the employees there as well

Melissa

Yes.. I know several that quit after I was fired

Geraldine

And I'm very I interested in your medical issues and how much you were exposed to the product

Do
You think if I drove up to utah you'd meet with me with all of them

Jennifer



You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

Jennifer



Jennifer

Charles Grizzell <cgrizzell@utah.gov>
to me ▾

Please see the letter attached to this email.  Thank You.

Utah Occupational Safety and Health
801-530-6901

Melissa

Umm I wouldn't mind, and I'm pretty sure one other ex employee would for sure too – the rest I don't know. Everyone was made to sign non disclosure agreements on anything with the company when hired however there were three of us that did not – they ran out of papers and  then just forgot about us I guess

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



Geraldine

This is perfect - and the other two who do not have NDA forms- are they current or ex employees

Melissa

I am in contact with utah osha, federal osha, and dept of labor .. I'm not sure what they are doing with their investigation but ya..



Melissa

One of the other two is currently still employed- she is searching for a new job.. the other is not she quit last week

Geraldine

Perfect - that meeting you have is today at 10?

Melissa

No that was last week.

Geraldine

What did they say?

Melissa

The next thing I have is



**Left screen:**

4:25

Papa Chat United

Melissa
The next thing I have is mediation with dept. of labor and paparazzi on 23rd @2pm

Geraldine
Omg - interesting

Melissa
They said that they are going to be investigating the jewelry, the safety controls in the machines and emergency equipment (fire extinguishers) as well as talking to other current employees to see if they ar me ever notified of someone sick at work or if they are told to come into work sick..

But I don't have much hope with the other current employees.. osha has been there before and we were all warned to put masks on or be fired etc..

Geraldine
If they take previous employees they are allowed to talk to them legally although they signed an NDA

Melissa
I'm talking to the other person

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screen:**

4:25

Papa Chat United

Melissa
I'm talking to the other person right now and seeing if she would want to meet ❤️

Morgan
Thank you so much, @Melissa Sorenson!!

Melissa
So she said yes.. but she won't be back in town for two weeks.. and I guess she knows another employee that quit after that might too..

Geraldine
Perfect

I will drive up to you - just let me know when and I'll make that happen

Melissa
Ok.. I'll find out when she will be available and see if she wants to reach out to you as well if you would like??

Morgan
Yes! If she does ..nt to reach out you can add her to this chat

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



**Left screen:**

4:25

‹ **Papa Chat United**

Morgan

Yes! If she does want to reach out, you can add her to this chat group!

Melissa

Ok..

Melissa

These are other ex employees if you guys wanted to reach out to them..

Shayla Pratt | Maddie Anderson-Bundy | Claudia Gutierrez

Melissa

All quit within the last two weeks because they didn't like the bullying or drama or safety and health issues etc.. they might talk to you guys I just don't know them well enough to reach out to them.

FEB 14, 1:33 PM

Geraldine

Tysm!!

We are on it

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screen:**

4:25

‹ **Papa Chat United**

I can't wait to meet you and the other ex employees

I'm very confidential and very honest

I used to do this kind of work in the union section with companies being shady and working with current and ex employees ❤️ 2

Melissa

There was so much weird stuff there.. I literally had to keep an open rolling note on my computer to keep up with the changes everyday.. I just want them to be held accountable for what they have done and do better.. ❤️ 2

FEB 14, 8:56 PM

Geraldine

In your opinion- towards the end how many consultants were leaving

Melissa

ALOT!! If two years ago there

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



**Papa Chat United**

4:25

Melissa
ALOT!! If two years ago there was hypothetically 20 consultants leaving a month.. the last 4ish months there was hypothetically 150 consultants.. I mean the numbers were higher but I used to personally cancel around 20 prior and the last couple months it was well over 100.. I was coming in early to get accounts cancelled on the 10th..

FEB 14, 9:25 PM

Geraldine
Hahaha- nice

FEB 19, 4:49 PM

Jaime
Hey @everyone! Would it be possible to schedule a meeting between March 7th and March 12th?

Yes I'm ok with that. I'll possibly be in Los Angeles for this photo shoot but I should be able to

FEB 19, 5:07 PM

Melissa

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

---

**Papa Chat United**

4:25

FEB 19, 6:07 PM

Melissa
Am I supposed to be part of the meeting or it's just for the admins? Lol..

Jennifer
Yes you you never scheduled with ourselves. Lol

Melissa
Oh haha.. Is this the meeting in person that Geraldine was saying Ir like a phone/video meeting type thing?? Anyways I'm going camping with no service March 4-9th but I'll be back after that and working my new job everyday 1000-1800 so anytime after that 🙂

Jaime
Face to face meeting. We'll come to you.

Melissa
Ok.. ya I'll be back home then night of the ninth.. my dads bday is March 8th and my lil sisters is March 9th and one brothers is Mar 10th so we always have some big ordeal to

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.





**Left screen:**

Melissa

Ok.. ya I'll be back home then night of the ninth.. my dads bday is March 8th and my lil sisters is March 9th and one brothers is March 10th so we always have some big ordeal to go do that week to celebrate all three of them haha. Just out of curiosity how many ppl are coming? I was thinking just Geraldine ..

Jaime

It depends on when we can schedule it. I really want to be there but I'm limited to the dates I stated above due to work.

Melissa

I see..

FEB 19, 7:31 PM

Jennifer

Melissa I will be there as well. I will be taking notes. I live in Idaho so I will be driving to meet up with everyone.

FEB 20, 58 AM

Geraldine

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screen:**

FEB 20, 12:58 AM

Geraldine

Hi all- I just wanted at least one or two ppl with me for note taking- it's much easier to make sure it's all captured properly with more than one person- I hope that's ok- they are very trust worthy

Geraldine

Also I'm not sure if I read this correctly but there will be no camera crew or photos- and if anyone wants to stay unnamed they will never have their names said-

FEB 20, 11:08 AM

Melissa

I'm very introverted and don't do well with lots of people around me in person haha! I can't even go down a grocery store isle if more than three ppl are in it so it gave me a mini panick attack when I thought all of the admins were coming to talk to me.. Anyways..

Geraldine

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



**Left screen:**

4:26

**Papa Chat United**

Geraldine
I'll make sure you feel ok-

And if it's just me you and one
other person when we meet I
can do that

Melissa
I'm fine with the three or
whatever. I just thought it was
gonna be everyone in this group
so I went and looked and there
was like 8 lol..

Geraldine
Ohhhh no

Melissa
I'll bring tymber with me lol she's
exactly opposite of me and is
super bubbly and outgoing

She quit a cpl weeks after me
but said that it was crazy

Geraldine
Ty!

FEB 24, 8:03 PM

Melissa
Sooo I was just ⬇ ing through
my old paparazzi stuff to see if I

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

**Right screen:**

4:26

**Papa Chat United**

FEB 24, 8:03 PM

Melissa
Sooo I was just looking through
my old paparazzi stuff to see if I
missed anything I had saved
that could help me.. - when they
fired me they shut down
everything of mine!! My email,
my slack, my notes, my
workspace, even my adp with
my hours and pay and stuff.. I
guess while they were doing all
that they forgot to shut down my
corporate admin account.. 😱🥺

Jaime
What kind of info can you get
from that?

Melissa
Ummn.. depends on why your
looking for but.. pretty much
everything

Jaime
Nice....

Melissa
What's an active cons.
ID currently? ⬇

No one here has one hub

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.



**Left screen:**

4:26

**Papa Chat United**

Melissa
What's an active cons. ID currently?

No one here has one huh..

Jaime
Is it gonna alert them if you log in? Are we looking at a very short window to pull information.

Melissa
Idk to be honest..

Melissa

Jennifer
Can you get a count of all active consultants

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screen:**

4:26

**Papa Chat United**

Jennifer
Can you get a count of all active consultants

Melissa
No on that..I'd have to have access to freedom system to run reports and Jeff is the only one that has tht.

Melissa
I should probably get off it though for now cuz the login is compliance login and there is only three other ppl that had it besides me that actively used it and they all left at 5 pm to go home 😂

Melissa
I wish I had access to my stuff specifically my company email.. there was sooooo many things in there that would be helpful to me sigh.. but that was the first thing shut down and I doubt they will let me in it. They won't even send me copies of my signed documents or employee file I requested..

Jaime

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

 **Papa Chat United**

**Jaime**

 Wow

**Melissa**

They also never showed up to mediation yesterday and it's frustrating .. like I'm no longer worth their time, can't be bothered idk ugh

**Geraldine**

I've heard that's what they do

They just refuse to show up

@Melissa Sorenson - with your sign in is there anything you think we can get before they lock you out

**Melissa**

Wasted my time.. I just started a new job finally Monday.. and missed some for that and it sucks because I was wrongfully terminated and that has effected kine and my sons stability.. it's just us and I struggle.. I don't even have my February rent paid the only reason my land! ' hasn't evicted me is be use I've never been prior ugh they caused

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

---

 **Papa Chat United**

**Melissa**

Wasted my time.. I just started a new job finally Monday.. and missed some for that and it sucks because I was wrongfully terminated and that has effected kine and my sons stability.. it's just us and I struggle.. I don't even have my February rent paid the only reason my landlord hasn't evicted me is because I've never been late prior ugh they caused me a lot of headache and hurt

**Melissa**

And I mean it depends on what you want.. I can access any company docs they put out for consultants as well as any current consultants accounts including .. well.. everything on the account.. Ummn.. I can see new releases they will be putting out for the day, mostly it's main purpose and why I had access is for the consultant accounts

I was the person they had go in and make sure no info matched on any two acc᷈ *s.. I would go through everyt᷈' from the

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



**Left screen:**

4:27

**Papa Chat United**

I was the person they had go in and make sure no info matched on any two accounts.. I would go through everything from the address and shipping labels right down to any card you ever used with us..

Melissa

I will go back in it tomorrow during their work hours.. I can spoof my I.p. Address to match theirs so they shouldn't have any red flag pop up with anything unusual.. they would just think it's patty or georgette or nico..

👍

FEB 24, 9:23 PM

Geraldine

Ok ty- did paparazzi ever find the disputes with the ▇▇▇▇ they were always non compliant and they have been stacking since day one

But the ▇▇▇▇ are untouchable

Also- do you know of any " fake accounts" mad ⬇ o the system to break up commissions-

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screen:**

4:27

**Papa Chat United**

Also- do you know of any " fake accounts" made into the system to break up commissions-

Melissa

Not with the ▇▇▇▇▇▇▇▇▇ was a .. peach.. but her mom - ▇▇▇▇ was super sweet.. I never seen anything on their account about non compliance.. and as far as fake accounts - no.. but is it possible to manipulate orders.. yes

Melissa

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



Melissa



Geraldine
See- I fucking knew it!!

Melissa
I hope this makes sense to y'all.. sometimes even though I know exactly what I'm saying it doesn't make sense to others

Geraldine
Do you have any specific ppl - like

I know exactly what

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

---

Geraldine
Do you have any specific ppl - like

I know exactly what you're saying

And I fucking knew it

Mother fuckers

Jennifer
Makes perfect sense

Melissa
I knew of hunter but I don't know anything specific.. Ummn              she gets waaaay special treatment..

Geraldine
This is Total` bullshit

Melissa
Who's that other girl that I've seen beefing with you ??

Jaime
Lol which one? 🤣

Melissa
Younger with lo ↓ ' expensive cars. High elite and I can't think

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.




**Left screenshot:**

4:27

Papa Chat United

Melissa
Younger with lots of expensive cars. High elite and I can't think of her name ugh

▢

▢

▢ - of course

Geraldine
▢ for sure gets a ton of special treatment

No doubt

Geraldine
▢ has violated so many policies it's insane

She gets away with everything

Melissa
There was someone that had like a billion "warnings" but nothing further and I can't freaking remember who.

Geraldine
Are you sure that's not ▢ ?

And how about ▢ ?

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screenshot:**

4:27

Papa Chat United

Geraldine
Are you sure that's not ▢ ?

And how about ▢ ?

I wish there was a way for me to prove the manipulation of commissions

If I had proof I could talk about it

Melissa
▢ idk 🤷 honestly whenever you guys said patty I thought you were talking at ▢ one of the ▢ ladies in compliance 🙆 😂

Melissa

Melissa

Melissa

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

Melissa



Jennifer

And the carrier says to reach out to Papa i know i had it happen

Melissa

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

Melissa

FEB 27, 2:10 PM

Kim

Hi @Melissa Sorenson this is Kim another admin. We need you to lay low for now so we can make a plan of attack.

Melissa

I'm confused? What do you mean lay low- as in my post?? was I not allowed and put in the group to get and give support too? Or is the sole reason I was let into the group is because I worked at corporate 😔😞

Jennifer

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.



**Left screen:**

4:28

Papa Chat United

Jennifer
Not at all we just don't want people attacking or drilling you for information and you can help any team. I saw you show a couple interests.

Melissa
I see..

Melissa
It took a lot for me to write that post and put it out there - I wouldn't have if I had known you guys didn't want me posting. Sorry. I'll stay silent..

Jennifer
Not at all once Geri meets you we can let others know. I know you indicated that you was worried that Papa find out, I don't want them coming for you. So it's just a temporary hold and your story will be told

Morgan
It's not that we want you to stay silent - we just have a bigger platform we want you involved in. We ▼uld have communicated that better.

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screen:**

4:28

Papa Chat United

Morgan
It's not that we want you to stay silent - we just have a bigger level of a platform we want you involved in. We should have communicated that better. Sorry!

FEB 28, 10:16 PM

Melissa
😄

Geraldine
Hey girl

Melissa
Hey..

Geraldine
On that access you have There isn't anyway you can tell how many active consultants there are?

Melissa
No.. only active consultants and customers combined

Geraldine
Ohhhh but that ▼ still be good
Because we know less than 5

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



**Left screen:**

4:28

**Papa Chat United**

Geraldine
Ohhhh but that will still be good

Because we know less than 5 percent are customers

I'd love to have that number

Melissa
Well kind of..

Melissa

Geraldine
Omg

These girls

Melissa
Ya..

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screen:**

4:28

**Papa Chat United**

Geraldine
So even if we said 10 percent it's generous

↰ Morgan replied to Melissa
You also get consultants that create customer profiles under themselves to get shipping fa...

I did that once 🤦‍♀️🤦‍♀️🤦‍♀️

Melissa

see if I can find out from someone who still works there.. she has access to the info and I can randomly bring it up somehow

Geraldine
I see what you're saying

↰ Jaime replied to Melissa
You also get consultants that create customer profiles under themselves to get shipping fa...

I never even thought of doing that lol

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



That is how many consultant profiles ever created.. I'm messing around in it now to see if I can pull some sort of report that would include only active consultants in it.

Jaime

That's gotta be including inactive consultants. There's no way they still ha  that many.

Geraldine

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



**Papa Chat United**

Geraldine
Exactly

That is all the profiles created

Melissa
Yes.. it is that why I said it's profiles created- I'm looking for something to give me people who are actively ordering

Geraldine
If we can see how many are active that would be amazing

I Knew they were almost at [redacted]

They don't recycle numbers so many of these are inactive or canceled

I'm willing to bet it's under [redacted]

Melissa
I would not take that bet because I'm sure your right.. lol

Melissa
OH!! I think I kn... a way!! Duh..

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



**Papa Chat United**

Melissa
OH!! I think I know a way!! Duh..

Melissa

Melissa

paparazziaccessories.com

Melissa

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.





**Left screen:**

Melissa

Geri for the win ❤️

Melissa

Geraldine

Holy shit!!

Ok so now that we have that number- let's monitor it weekly if possible until we can't anymore

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Right screen:**

I bet it's decreased 50 percent in the last 5 months

Geraldine

Good job by the way!

Jaime

Geraldine

Now that I have a number it's game on paparazi bitches

Jaime

Geraldine

Exactly

Well maybe

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.







**Papa Chat United**

I'm pretty sure y'all know how to read these so I won't explain them.. I can if someone needs me to tho.

Melissa

Melissa

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

**Papa Chat United**

Morgan

Thank you!!!

Melissa

No problem.. I'll try later tonight on my laptop to get on and see if I can pull back office reports but i need to put a scrambler and vpn on it first.. 😌

Melissa

Also ▮▮▮▮▮ said she would talk to whomever came out here if y'all still are but she can't on weekends .. she went back to nursing when she quit paparazzi and works thurs - sun..

Jennifer

If you get it downloaded can you email it as it may be easier to get

jdyer@dyermedicalbilling.com

Also are you saying you have current consult. ▼ listed as your downline

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.



**Papa Chat United**

Melissa

Shouldn't be a problem.. and ya, they are large files! Took me a min to get them saved haha..

Melissa

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

**Papa Chat United**

Melissa

Papa Chat United
🔒 cdn.fbsbx.com

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.





Kylee



Melissa

Want it here or the email or somewhere else?

Jennifer

U can put it here if not a large file if not u can e-mail

Melissa

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

➜ Jennifer forwarded an image



➜ Jennifer forwarded an image

➜ Jennifer forwarded an image

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

**Papa Chat United**

➜ Jennifer forwarded an image



➜ Jennifer forwarded images

I believe that is it for people

MAR 15, 3:50 PM

Melissa

Ok I'll pull them all later today – I can't get anything right now because of new releases I think it's taking forever

I'll put them all into an email with

**You can't message this group**
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

4:32 ⏳

**Papa Chat United**

MAR 15, 3:50 PM

Melissa

Ok I'll pull them all later today - I can't get anything right now because of new releases I think it's taking forever

I'll put them all into an email with whose is whose and send

Melissa

And just to make sure.. no one is ever going to know where these came from correct? 🙂 like no one will ever know how they were obtained ?

Jennifer

Never

MAR 15, 5:44 PM

Kim



**You can't message this group**
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

MAR 15, 5:44 PM

Kim



MAR 15, 11:27 PM

Melissa

Ok I think I got the rest of them.. emailing now

Jennifer

Ok ty

MAR 16, 6:24 PM

Jennifer

I got your email but did not see ▮▮▮▮▮▮▮ and we would like two more if pos▮▮ ▮

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

MAR 16, 7:35 PM

➜ Jennifer forwarded images

Can u get these **@Melissa Sorenson** along with

Melissa

Ya when I get off work tonight

Jennifer

ok ty i appreciate it

Melissa

👍

MAR 16, 8:08 PM

➜ Jennifer forwarded an image



**You can't message this group**
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

Kylee

Kylee unsent a message

➔ Jennifer forwarded an image



MAR 16, 10:36 PM

Melissa

👍

MAR 16, 11:19 PM

Geraldine

Girl you're amazing!

MAR 17, 1:10 AM

Melissa

Good lord I cou ⬇ . remember
the password to the email I set

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.



MAR 17, 1:10 AM

Melissa

Good lord I couldn't remember the password to the email I set up so I had to make another one but they are sent

Jennifer

Lol ty

Melissa

I missed someone

Jennifer

I will look i just got email

Melissa

I only looked up five and including [redacted] there should have been six 🙅‍♀️

Jennifer

9

Hold ill grab names

Melissa

Jennifer

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

Melissa



Jennifer

Ok I have more too if ok

Melissa

Idk who tho cuz everything I'm doing I delete

➜ Jennifer forwarded images

I will get the names i have

Melissa

I think I missed the ▮▮▮▮ girl.

Jennifer

Yes ▮▮▮▮

**You can't message this group**
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

Jennifer

Yes



Melissa

Ok

➜ Jennifer forwarded an image

**You can't message this group**
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

MAR 17, 1:45 AM

Jennifer

@Melissa Sorenson
have questions



Melissa

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

Melissa

Geraldine

Isn't that strange

Melissa

Jennifer

That's good it shows we are making waves

Melissa

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

Melissa



Geraldine

They are trying to be sneaky

That's what I was thinking

Melissa

Melissa

You can't message this group
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

Melissa



Geraldine

exactly

Jennifer

Melissa

Jennifer

Something is up I believe trying to make it look li'' people are joining

**You can't message this group**
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

Melissa



Melissa

Melissa

Geraldine
yes melissa we can

Jennifer
Yes

Kylee
I can, with the info

→ Jennifer forwarded messages

**You can't message this group**
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

Jennifer forwarded images



Melissa

Jennifer

Melissa

**You can't message this group**
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

**Papa Chat United**

Melissa



Jennifer

Is there way to get current emails of consultants

Melissa

Anyhow I'm gonna go to bed I've got to be u in 5 hours to get my kid ready for school and all that great stuff for the day.. have a good night ladies!!

Jennifer

You can't message this group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

Jennifer

Ok go to bed we so appreciate this

I will talk to u tomorrow

Melissa



Jennifer

Damn it lol ok that idea is out

➜ Jennifer forwarded an image

**You can't message this group**
You're no longer in this group and can't send or receive
calls or messages unless you are added back to it.

APR 04, 3:32 PM

Jennifer

Hi Melissa,

Could you get us a list of current consultants in the state of washington and consultants that are canceled

APR 05, 9:28 PM

Melissa

Melissa

I'd get it am I emailing to same email as all the other things or putting in here?

Jennifer

Yes please

Melissa

Lol Ummn yes to which one?

Jennifer

Jdyer

You can't message this group

You're no longer in this group and can't send or receive calls or messages unless you are added back to it.