Douglas P. Farr (13208)
Jacob D. Barney (16777)
**BUCHALTER, P.C.**
111 S Main St., Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 401-8625
dfarr@buchalter.com
jbarney@buchalter.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **PAPARAZZI, LLC** d/b/a **PAPARAZZI ACCESSORIES, LLC**, a Utah limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**MELISSA SORENSON**, an individual, **GERALDINE SOUZA**, an individual, **KYLEE ROBINETTE**, an individual, **MORGAN FERGUSON**, an individual, **JENNIFER DYER**, an individual, **JAIME ROBINSON**, an individual, **JENNIFER CARROL**, an individual, **KIMBERLY DREWRY**, an individual, and **JANE DOES I-X**.<br><br>　　　　Defendants. | **NOTICE OF SERVICE ON ALL DEFENDANTS AND REQUEST FOR HEARING**<br><br>Case No. 4:22-CV00028-DN<br><br>District Judge David Nuffer |

Plaintiff Paparazzi, LLC d/b/a Paparazzi Accessories, LLC ("**Paparazzi**"), by and through its undersigned counsel, hereby provides notice of service of the Complaint and

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**") on all Defendants and requests a hearing be set by the Court to hear the Motion as soon as possible.

As reflected in the Docket, Defendants Melissa Sorenson, Kylee Robinette, Morgan Ferguson, Jennifer Dyer, Jaime Robinson, Jennifer Carrol, and Kimberly Drewry have all be personally served with a Summons, the Complaint, and the Motion pursuant to Fed. R. Civ. P. 4(c). (*See* Dkt. Nos. 18–19, 22–26.) Plaintiff has been unable to personally serve process on Defendant Geraldine Souza but shall continue to pursue personal service. Regardless, the Court should schedule a hearing on the Motion because Plaintiff provided actual notice to Defendant Souza of the Complaint and Motion. Specifically, Plaintiff emailed a copy of the Complaint and Motion to Defendant Souza at a known email address for her (feistybombshell@yahoo.com) and received a written reply from Defendant Souza within five hours from the same email address wherein she acknowledged receipt of the Complaint and Motion. (*See* Declaration of Douglas P. Farr, ¶¶ 3–6, attached hereto as **Exhibit A**.) Though such service does not satisfy the requirements of Fed. R. Civ. P. 4, it is sufficient for the Court to conclude that adequate, actual notice has been provided to Defendant Souza for the purposes of setting a hearing on the Motion, particularly in light of the fact that Fed. R. Civ. P. 65(b)(1) does not require notice to enter a temporary restraining order.

Therefore, because Plaintiff continues to incur actual harm as a result of Defendants' unlawful actions and disclosures, and because all Defendants have been provided actual notice of the Complaint and the Motion, Plaintiff respectfully requests that the Court set a hearing on the Motion. Plaintiff will then send a copy of the notice for hearing to each defendant.

**DATED:** May 6, 2022.

                                              **BUCHALTER, P.C.**

                                        */s/ Douglas P. Farr*
                                        Douglas P. Farr
                                        Jacob D. Barney
                                        *Attorneys for Plaintiff*