# EXHIBIT A

Douglas P. Farr (13208)
Jacob D. Barney (16777)
**BUCHALTER, P.C.**
111 S Main St., Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 401-8625
dfarr@buchalter.com
jbarney@buchalter.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PAPARAZZI, LLC** d/b/a **PAPARAZZI ACCESSORIES, LLC**, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**MELISSA SORENSON**, an individual, **GERALDINE SOUZA**, an individual, **KYLEE ROBINETTE**, an individual, **MORGAN FERGUSON**, an individual, **JENNIFER DYER**, an individual, **JAIME ROBINSON**, an individual, **JENNIFER CARROL**, an individual, **KIMBERLY DREWRY**, an individual, and **JANE DOES I-X**.<br><br>Defendants. | **DECLARATION OF DOUGLAS P. FARR**<br><br>Case No. 4:22-CV00028-DN<br><br>District Judge David Nuffer |

I, Douglas P. Farr, hereby declare as follows:

1. I am an attorney duly licensed to practiced law in the State of Utah, and a shareholder at the Buchalter, P.C. law firm, counsel for Plaintiff Paparazzi, LLC in this action.

2. As counsel for Plaintiff, I have personal knowledge of, and am competent to testify regarding, certain events that have occurred during the course of litigating this action, including the service of pleadings and communications relating thereto.

3. On Monday, April 25, 2022, I caused my assistant, Corrine Barrientos, to email a copy of the Complaint in this matter and a copy of Plaintiff's Application for TRO and Preliminary Injunction ("**Motion**") to Defendant Geraldine Souza at her last known email address (feistybombshell@yahoo.com). I was copied on the email. A copy of email is attached hereto as **Exhibit A-1**.

4. Within five hours of sending that email, Defendant Souza responded and acknowledged the Complaint and the Motion, among other things, and was signed "Geraldine Souza." A copy of Defendant Souza's response is attached hereto as **Exhibit A-2**.

5. Defendant Souza was advised to provide the contact information of her attorney to avoid improper ex parte communications.

6. We have, and will continue to make efforts to locate Defendant Souza and personally serve her with a Summons, the Complaint, and the Motion pursuant to Fed. R. Civ. P. 4(c).

I DECLARE UNDER CRIMINAL PENALTY OF THE STATE OF UTAH THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on May 6, 2022.

_____
Douglas P. Farr

# EXHIBIT A-1

| | |
|---|---|
| **From:** | Barrientos, Corrine |
| **To:** | feistybombshell@yahoo.com |
| **Cc:** | Farr, Doug; Barney, Jake D. |
| **Subject:** | Paparazzi v. Sorenson, et al.; 4:22-cv-00028-DN |
| **Date:** | Monday, April 25, 2022 4:00:50 PM |
| **Attachments:** | 2022 0425 Complaint (with exhibit).pdf |
| | 2022 0425 Application and Motion for TRO(with exhibits).pdf |

Dear Ms. Souza,

Attached please find the Complaint and Application for Temporary Restraining Order and Preliminary Injunction that were filed today in the US District Court for the District of Utah.

Best,
Corrine Barrientos
**Buchalter**
A Professional Corporation
111 South Main Street, Suite 600 | Salt Lake City, UT 84111
Direct Dial: (801) 402-8675 | Main Number: (801) 401-8625
Email: cbarrientos@buchalter.com | www.buchalter.com

# EXHIBIT A-2

**From:** Barrientos, Corrine
**To:** Farr, Doug; Barney, Jake D.
**Subject:** FW: Paparazzi v. Sorenson, et al.; 4:22-cv-00028-DN
**Date:** Tuesday, April 26, 2022 8:55:35 AM
**Attachments:** 2022 0425 Complaint (with exhibit).pdf
2022 0425 Application and Motion for TRO(with exhibits).pdf

---

**From:** Geraldine Souza <feistybombshell@yahoo.com>
**Sent:** Monday, April 25, 2022 7:38 PM
**To:** Barrientos, Corrine <cbarrientos@buchalter.com>
**Subject:** Re: Paparazzi v. Sorenson, et al.; 4:22-cv-00028-DN

This message has originated from an **External Email**. FeistyBombshell@yahoo.com <feistybombshell@yahoo.com>:

None mentioned in this case had zero intent on publishing any info- however here is the individual who did publish the information- I would suggest you put a restraining order out on her- I have not published any info. This is her facebook group and she also was present in the chat. Her name is LadyByrd on facebook.
Here is her info

Renee Hussey -  904-601-6807 - Mailing Only - 5845 Thurgood Circle North Jacksonville FL 32219 - Physical - 1801 Kernan Blvd S Apt 2404 Jacksonville FL 32246DOB April 22













Stay Feisty! Xo
Geraldine Souza

On Apr 25, 2022, at 3:01 PM, Barrientos, Corrine <cbarrientos@buchalter.com> wrote:

Dear Ms. Souza,

Attached please find the Complaint and Application for Temporary Restraining Order and Preliminary Injunction that were filed today in the US District Court for the District of Utah.

Best,
Corrine Barrientos
**Buchalter**
A Professional Corporation
111 South Main Street, Suite 600 | Salt Lake City, UT 84111
Direct Dial: (801) 402-8675 | Main Number: (801) 401-8625
Email: cbarrientos@buchalter.com | www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.