Jason R. Hull (11202)
Trevor C. Lang (14232)
**MARSHALL OLSON & HULL**
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
jhull@mohtrial.com
tlang@mohtrial.com

*Attorneys for defendants Melissa Sorenson,
Kylee Robinette and Jennifer Dyer*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| PAPARAZZI, LLC dba PAPARAZZI ACCESSORIES, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MELISSA SORENSON, an individual, GERALDINE SOUZA, an individual, KYLEE ROBINETTE, an individual, MORGAN FERGUSON, an individual, JENNIFER DYER, an individual, JAIME ROBINSON, an individual, JENNIFER CARROL, an individual, KIMBERLY DREWRY, an individual, RENEE BURGESS, an individual, and JANE DOES I-X.,<br><br>Defendants. | **STIULATED MOTION FOR ENTRY OF CONSENT DECREE AGAINST MELISSA SORENSON, KYLEE ROBINETTE, AND JENNIFER DYER**<br><br>Civil No. 4:22-CV-00028-DBB-PK<br><br>District Judge David Barlow<br>Magistrate Judge Paul Kohler |

1

Plaintiff Paparazzi, LLC ("Paparazzi") and defendants Melissa Sorenson, Jennifer Dyer and Kylee Robinette (collectively, the "Settling Defendants") hereby jointly move and stipulate to the entry of the Consent Decree Against Melissa Sorenson, Jennifer Dyer and Kylee Robinette in the form attached hereto as Exhibit A (the "Consent Decree"). Paparazzi and the Settling Defendants have resolved the dispute between them and as part of that settlement have agreed that the Court should enter the attached Consent Decree to enforce certain of the provisions of the settlement between them. The parties also request that the Court retain jurisdiction over them to enforce the terms of the Consent Decree. By submitting this stipulated motion, the parties agree that the facts set forth in the Consent Decree are true and correct and agree to be bound by the terms of the Consent Decree. As such, Paparazzi and the Settling Defendants request that the Court enter the attached Consent Decree.

DATED this 13th day of December, 2022.

**MARSHALL OLSON & HULL**

By:   /s/ Jason R. Hull_____
  Jason R. Hull
  Trevor C. Lang

*Attorneys for defendants Melissa Sorenson, Kylee Robinette and Jennifer Dyer*

**BUCHALTER P.C.**

By:   /s/ Jacob D. Barney (with permission)___
  Douglas P. Farr
  Jacob D. Barney

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of December, 2022, I electronically filed the foregoing **STIPULATED MOTION FOR ENTRY OF CONSENT DECREE AGAINST MELISSA SORENSON, KYLEE ROBINETTE, AND JENNIFER DYER** with the Clerk of the Court using the CM/ECF system, which served all counsel of record.

/s/ Jason R. Hull