UNITED STATES DISTRICT COURT
for the
District of Utah Central Division, Southern Region

PAPARAZZI, LLC d/b/a PAPARAZZI ACCESSORIES, LLC, a Utah limited liability company,

v.

GERALDINE SOUZA, an individual, et al.

Civil Action No. 4:22-CV-00028-DN-PK

# EXHIBIT A

# (Affidavit of Service Geraldine Souza)

# UNITED STATES DISTRICT COURT
for the
District of Utah Central Division, Southern Region

| | |
|---|---|
| **PAPARAZZI, LLC d/b/a PAPARAZZI ACCESSORIES, LLC, a Utah limited liability company,**<br><br>*Plaintiff*<br><br>v.<br><br>**MELISSA SORENSON, an individual, GERALDINE SOUZA, an individual, KYLEE ROBINETTE, an individual, MORGAN FERGUSON, an individual, JENNIFER DYER, an individual, JAIME ROBINSON, an individual, JENNIFER CARROL, an individual, KIMBERLY DREWRY, an individual, RENEE BURGESS, an individual, and JANE DOES I-X.,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:22-CV-00028-DN-PK<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, Abel Silva, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Geraldine Souza in San Bernardino County, CA on November 28, 2025 at 1:01 pm at 77 Lupine St, Redlands, CA 92373-4215 by personal service by handing the following documents to an individual identified as Geraldine Souza.

DEMAND FOR ARBITRATION; CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE; MEMORANDUM DECISION AND ORDER GRANTING TEMPORARY RESTRAINING ORDER; MEMORANDUM DECISION AND ORDER EXTENDING TEMPORARY RESTRAINING ORDER AS PRELIMINARY INJUNCTION; ANSWER, COUNTERCLAIM, AND THIRD-PARTY COMPLAINT MOTION TO REOPEN ACTION; PAPARAZZI'S APPLICATION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; EXHIBIT A-F

White Female, est. age 35-44, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.05115,-117.2120216667
Photograph: See Exhibit 1

Total Cost: $200.30

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___San Bernardino County___ ,

___CA___ on ___12/1/2025___ .

/s/ *Abel Silva*
_____
Signature
Abel Silva
+1 (213) 675-6666





Exhibit 1b)