THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| PAPARAZZI, LLC dba PAPARAZZI ACCESSORIES, LLC, a Utah limited liability company, ,<br><br>Plaintiff,<br><br>v.<br><br>GERALDINE SOUZA, an individual, MORGAN FERGUSON, an individual, JAIME ROBINSON, an individual, and JENNIFER CARROL, an individual,<br><br>Defendants. | **NOTICE REGARDING STATUS OF CASE, COUNSEL, and PARTY NOTICE**<br><br>Case No. 4:22-CV-00028-DN-PK<br><br>District Judge David Nuffer |

This summary of the status of this case, counsel, and party notice is provided in advance of a hearing tomorrow[1] on Paparazzi's Application and Motion for Temporary Restraining Order and Preliminary Injunction ("Preliminary Relief Motion").[2] Assistance in clarifying or correcting statements in this notice will be appreciated.

# 1  STATUS OF CASE

This case was stayed and administratively closed April 2, 2023, because arbitration was compelled.[3] The order provided "[t]he case may be reopened upon motion by any party after the

---

[1] Notice of Hearing, docket no. 160, filed December 17, 2025.

[2] Docket no. 149, filed November 21, 2025.

[3] Memorandum Decision and Order Granting Counterclaim Defendants' Motion To Compel Arbitration, docket no. 140, filed April 3, 2023.

completion of arbitration."[4] No judgment or permanent order was entered in the case, except a consent decree entered against other defendants.[5]

The case was reopened December 10, 2025,[6] on motion of the Plaintiff.[7]

Previous to the case being reopened, in response to a court order,[8] Plaintiff personally served defendants[9] Geraldine Souza, Morgan Ferguson, Jamie Robinson, and Defendant Jennifer Carroll. Documents served included:

(1) Paparazzi's Motion to Reopen Case (ECF No. 148),
(2) Paparazzi's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 149),
(3) Paparazzi's Motion for Leave to File Sealed Document (ECF No. 150),
(4) the Confidential Settlement Agreement and Release that was the subject Paparazzi's Motion for Leave to File Sealed Document, and
(5) the Court's Order granting Paparazzi's Motion for Leave to File Sealed Document (ECF No. 154), along with all exhibits to the same.[10]

After making personal service, Plaintiff requested a hearing be set for the Preliminary Relief Motion.[11]

---

[4] *Id*. at 11.

[5] Consent Decree Against Melisse Sorenson, Kylee Robinette, and Jennifer Dyer, docket no. 143, filed March 22, 2024.

[6] Docket Text Order granting 148 Motion to Reopen Action, docket no. 159, filed December 10, 2025.

[7] Motion to Reopen Action, docket no. 148, filed November 21, 2025.

[8] Docket Text Order, docket no. 155, filed November 24, 2025.

[9] Notice of Service on All Defendants and Request for Hearing ("Notice of Service"), docket no. 158, filed December 3, 2025.

[10] *Id.* at 2.

[11] *Id.*

## 2  STATUS OF COUNSEL

The court's records show Justin L. James and Dillon P. Olson as counsel for Geraldine Souza, who is the object of the Preliminary Relief Motion. However, in an email Tuesday December 16, 2025, counsel for Plaintiff referred to Ms. Souza as "proceeding pro se."[12] Mr. James in an email Wednesday December 17, 2025, stated that "our representation terminated."[13]  It may be that counsel have an understanding as to James and Olson's positions which is not yet reflected in court records.

The court records also show James and Olson as counsel for Jaime Robinson and Jennifer Carrol, who do not appear to be objects of the Preliminary Relief Motion but are still parties in the case.

---

[12] Lodged email, Wes Moran to the Court 12/17/25, docket no. 161.

[13] Lodged email, Justin James to the Court 12/17/25, docket no. 162.

In a Notice of Withdrawal of Counsel as to other defendants, filed before the order compelling arbitration, James and Olson stated they "continue to represent Defendants Geraldine Souza, Jaime Robinson and Jennifer Carol in this matter."[14]

Records show James and Olson terminated as counsel for defendant Ferguson by reason of an order entered in 2022.[15] Their withdrawal complied with DUCivR 83-1.4.

```
Defendant
Morgan Ferguson        represented by  Morgan Ferguson
an individual                          10700 ILLINOIS ST
                                       CROWN POINT, IN 46307
                                       (641) 638-0679
                                       Email:
                                       PRO SE
                                       Bar Number:
                                       Bar Status:

                                       Dillon P. Olson
                                       (See above for address)
                                       TERMINATED: 09/20/2022
                                       ATTORNEY TO BE NOTICED
                                       Bar Number: 16120
                                       Bar Status: Active

                                       Justin L. James
                                       (See above for address)
                                       TERMINATED: 09/20/2022
                                       ATTORNEY TO BE NOTICED
                                       Bar Number: 15167
                                       Bar Status: Active
```

## 3   STATUS OF SOUZA AS A NOTICE PARTY

Because Souza still appears as represented in the court records, the court filing system sends her notice through counsel. If DUCivR 83-1.4 had been observed, she would no longer be represented by counsel and might be a notice party. In the court records,

    a.    This address appears on the summons issued to her in 2022:[16]

        1419 Washington St
        Redlands, CA 92373

    b.    This address appears on the return of service filed December 3, 2025:[17]

        77 Lupine St.
        Redlands, CA  92373-4215

---

[14] Notice of Withdrawal of Counsel, docket no. 99, filed September 15, 2022. See also Motion for Withdrawal of Morgan Ferguson and Kim Drewery, docket no. 100, filed September 16, 2022.

[15] Order on Motion for Withdrawal of Counsel, docket no. 104, filed September 20, 2022.

[16] Docket no. 16, filed April 26, 2022.

[17] Exhibit A to Notice of Service.

      c.      This email address appears, without name attribution, on an email from counsel:[18]

            feistyred72@yahoo.com.

Souza has neither appeared pro se nor registered for email filing or electronic notification under DUCivR 5-1(b)(2).

    Dated December 18, 2025.

                                    BY THE COURT:

                                    _____
                                    David Nuffer
                                    United States District Judge

---

[18] Lodged email, Wes Moran to the Court 12/17/25, docket no. 161.